UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE JEAN-LOUIS,<br><br>       Plaintiff,<br><br>  -against-<br><br>NEW YORK CITY MAYOR,<br><br>       Defendant. | 24 CIVIL 9580 (LTS)<br><br>CIVIL JUDGMENT |

 For the reasons stated in the March 10, 2025, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 11, 2025
    New York, New York

              /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
              Chief United States District Judge